AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KOMIVES, PAUL J. | U.S. DISTRICT COURT, E.D. MICH | 06/06/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL TIME MAGISTRATE JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

231 W. LAFAYETTE (ROOM 629)
THEODORE LEVIN U.S. COURTHOUSE
DETROIT, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. BOARD MEMBER | INTERNATIONAL INSTITUTE FOUNDATION |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA - CHECKING ACCOUNT | | None | J | T | | | | | |
| 2. DEARBORN FEDERAL C.U. SAVINGS | A | Interest | J | T | | | | | |
| 3. MERRILL LYNCH MONEY MARKET | A | Dividend | J | T | | | | | |
| 4. GENERAL ELECTRIC | A | Dividend | J | T | Buy (add'l) | 1/26/12 | J | | DIVIDEND REINVESTMENT |
| 5. GENERAL ELECTRIC | A | Dividend | J | T | Buy (add'l) | 4/26/12 | J | | DIVIDEND REINVESTMENT |
| 6. GENERAL ELECTRIC | A | Dividend | J | T | Buy (add'l) | 7/26/12 | J | | DIVIDEND REINVESTMENT |
| 7. GENERAL ELECTRIC | A | Dividend | J | T | Buy (add'l) | 10/26/12 | J | | DIVIDEND REINVESTMENT |
| 8. NSTAR | A | Dividend | | | Merged (with line 9) | 4/10/12 | K | | EXCH FOR NORTHEAST UTILITI |
| 9. NORTHEAST UTILITIES | C | Dividend | K | T | Buy (add'l) | 04/10/12 | K | | EXCH FOR NSTAR |
| 10. VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 11. TRANSAMERICA MULTI MANAGER | A | Dividend | J | T | | | | | |
| 12. TRANSAMERICA MULTI MANAGER | A | Dividend | J | T | Buy (add'l) | 12/31/12 | J | | DIVIDEND REINVESTMENT |
| 13. LORD ABBET SHORT | A | Dividend | J | T | | | | | |
| 14. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 7/23/12 | J | | |
| 15. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 4/2/12 | J | | DIVIDEND REINVESTMENT |
| 16. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 05/01/12 | J | | DIVIDEND REINVESTMENT |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/06/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 06/01/12 | J | | DIVIDEND REINVESTMENT |
| 18. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 7/1/12 | J | | DIVIDEND REIVESTMENT |
| 19. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 12/3/12 | J | | DIVIDEND REINVESTMENT |
| 20. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 12/19/12 | J | | DIVIDEND REINVESTMENT |
| 21. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 12/31/12 | J | | DIVIDEND REINVESTMENT |
| 22. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 8/1/12 | J | | DIVIDEND REINVESTMENT |
| 23. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 9/1/12 | J | | DIVIDEND REINVESTMENT |
| 24. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 10/1/12 | J | | DIVIDEND REINVESTMENT |
| 25. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 11/1/12 | J | | DIVIDEND REINVESTMENT |
| 26. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 1/2/12 | J | | DIVIDEND REINVESTMENT |
| 27. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 2/2/12 | J | | DIVIDEND REINVESTMENT |
| 28. LORD ABBET SHORT | A | Dividend | J | T | Buy (add'l) | 3/2/12 | J | | DIVIDEND REINVESTMENT |
| 29. OPPENHEIMER COMMODITY | A | Dividend | | | Buy (add'l) | 4/10/12 | J | | DIVIDEND REINVESTMENT |
| 30. OPPENHEIMER COMMODITY | A | Dividend | | | Buy (add'l) | 10/8/12 | J | | DIVIDEND REINVESTMENT |
| 31. OPPENHEIMER COMMODITY | A | Dividend | | | Sold | 11/8/12 | J | | |
| 32. SPDR GOLD TRUST | A | Dividend | J | T | Buy | 11/8/12 | J | | |
| 33. AMERICAN CENTURY BENHAM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. AMERICAN CENTURY BENHAM | A | Dividend | J | T | Buy (add'l) | 4/10/12 | J | | |
| 35. AMERICAN CENTURY BENHAM | A | Dividend | J | T | Sold (part) | 10/8/12 | J | | |
| 36. AMERICAN CENTURY BENHAM | A | Dividend | J | T | Buy (add'l) | 12/27/12 | J | | DIVIDEND REINVESTMENT |
| 37. ASHTON/TAMRO SMALL CAP | A | Dividend | J | T | | | | | |
| 38. ASHTON/TAMRO SMALL CAP | A | Dividend | J | T | Sold (part) | 4/10/12 | J | | |
| 39. ASHTON/TAMRO SMALL CAP | A | Dividend | J | T | Sold (part) | 10/8/12 | J | | |
| 40. ASHTON/TAMRO SMALL CAP | A | Dividend | J | T | Buy (add'l) | 12/31/12 | J | | DIVIDEND REINVESTMENT |
| 41. DAVIS NEW YORK VENTURE | A | Dividend | K | T | | | | | |
| 42. DAVIS NEW YORK VENTURE | A | Dividend | J | T | Sold (part) | 4/10/12 | J | | |
| 43. DAVIS NEW YORK VENTURE | A | Dividend | J | T | Sold (part) | 10/8/12 | J | | |
| 44. DAVIS NEW YORK VENTURE | A | Dividend | J | T | Buy (add'l) | 12/20/12 | J | | DIVIDEND REINVESTMENT |
| 45. INVESCO ENERGY FUND | A | Dividend | J | T | | | | | |
| 46. INVESCO ENERGY FUND | A | Dividend | J | T | Buy (add'l) | 4/10/12 | J | | |
| 47. INVESCO ENERGY FUND | A | Dividend | J | T | Buy (add'l) | 10/8/12 | J | | |
| 48. JANUS FORTY FUND | A | Dividend | K | T | | | | | |
| 49. JANUS FORTY FUND | A | Dividend | J | T | Sold (part) | 4/10/12 | J | | |
| 50. JANUS FORTY FUND | A | Dividend | J | T | Sold (part) | 10/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.  JANUS FORTY FUND | A | Dividend | J | T | Buy (add'l) | 12/19/12 | J | | DIVIDEND REINVESTMENT |
| 52.  MERK HARD CURRENCY FUND | A | Dividend | J | T | Buy | 11/8/12 | J | | |
| 53.  MERK HARD CURRENCY FUND | A | Dividend | J | T | Buy (add'l) | 12/17/12 | J | | DIVIDEND REINVESTMENT |
| 54.  WILLIAM BLAIR INTERNATIONAL | A | Dividend | K | T | | | | | |
| 55.  WILLIAM BLAIR INTERNATIONAL | A | Dividend | J | T | Sold (part) | 4/10/12 | J | | |
| 56.  WILLIAM BLAIR INTERNATIONAL | A | Dividend | J | T | Sold (part) | 10/8/12 | J | | |
| 57.  WILLIAM BLAIR INTERNATIONAL | A | Dividend | J | T | Buy (add'l) | 12/21/12 | J | | DIVIDEND REINVESTMENT |
| 58.  PIMCO TOTAL RETURN FUND | A | Dividend | K | T | | | | | |
| 59.  PIMCO TOTAL RETURN FUND | A | Dividend | J | T | Buy (add'l) | 4/10/12 | J | | |
| 60.  PIMCO TOTAL RETURN FUND | A | Dividend | J | T | Sold (part) | 10/8/12 | J | | |
| 61.  PIMCO TOTAL RETURN FUND | A | Dividend | J | T | Buy (add'l) | 11/1/12 | J | | DIVIDEND REINVESTMENT |
| 62.  PIMCO TOTAL RETURN FUND | A | Dividend | J | T | Buy (add'l) | 12/3/12 | J | | DIVIDEND REINVESTMENT |
| 63.  PIMCO TOTAL RETURN FUND | A | Dividend | J | T | Buy (add'l) | 12/13/12 | J | | DIVIDEND REINVESTMENT |
| 64.  PIMCO TOTAL RETURN FUND | A | Dividend | J | T | Buy (add'l) | 12/28/12 | J | | DIVIDEND REINVESTMENT |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/06/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | | | | | |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ PAUL J. KOMIVES

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544